1  David C. Parisi (SB #162248)
2  dparisi@parisihavens.com
   Suzanne Havens Beckman (SB #188814)
3  shavens@parisihavens.com
4  PARISI & HAVENS LLP
   212 Marine Street, Ste. 100
5  Santa Monica, CA 90405
6  Tel: (818) 990-1299

7  *ATTORNEYS FOR PLAINTIFF*

8

9           IN THE UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                      SOUTHERN DIVISION
12

| | |
|---|---|
| JACOB MEIER, individually and on behalf of a class of similarly situated individuals, | ) Case No. 8:16−cv−00235 CJC (KESx) ) |
| | ) **NOTICE OF PENDING** |
| | ) **SETTLEMENT** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAVALIERS OPERATING COMPANY, LLC, a Delaware limited liability company, | ) ) ) |
| | ) |
| Defendant. | ) |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiff Jacob Meier ("Plaintiff") and Defendant Cavaliers Operating Company, LLC ("Defendant") have reached an agreement to resolve this matter. The parties are currently drafting the

**Notice of Pending Settlement**

appropriate settlement documents and intend to file a Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than June 1, 2016.

Dated:  May 16, 2016 Respectfully submitted,

JACOB MEIER, individually and on behalf of a class of similarly situated individuals

By: /s/ Suzanne Havens Beckman
One of his attorneys

David C. Parisi (SB #162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Tel: (818) 990-1299

*Attorneys for Plaintiff and the Putative Class*

**Notice of Pending Settlement**